**FILED**
Jul 19 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ SusanNyamanjiva   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRENCE IVY HATCH,<br>  aka "Boosie,"<br>  aka "Lil Boosie,"<br>  aka "Boosie Badazz,"<br><br>    Defendant. | Case No.  '24 CR1508 CAB<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm and Ammunition; Title 18, U.S.C., Sec. 922(g)(3) and 924(a)(2) – Unlawful User/Addict in Possession of Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about May 6, 2023, within the Southern District of California, defendant TORRENCE IVY HATCH, aka "Boosie," aka "Lil Boosie," aka "Boosie Badazz," and knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock 19 pistol bearing serial number BXPZ813 loaded with ten 9-millimeter caliber rounds of ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

MGW:nlv(1):San Diego:7/19/24

Count 2

Beginning or about May 6, 2023, within the Southern District of California, defendant TORRENCE IVY HATCH, aka "Boosie," aka "Lil Boosie," aka "Boosie Badazz," knowing he was then an unlawful user of any controlled substance, and knowing he was addicted to any controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm and ammunition that had traveled in and affected interstate commerce, to wit: a Glock 19 pistol bearing serial number BXPZ813 loaded with ten 9-millimeter caliber rounds of ammunition; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

FORFEITURE ALLEGATIONS

1.   The allegations contained in Counts 1 and 2 are realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 924(d), and Title 28, United States Code, Section 2461(c).

2.   Upon conviction for one and more of the offenses in Counts 1 and 2, defendant TORRENCE IVY HATCH, aka "Boosie," aka "Lil Boosie," aka "Boosie Badazz," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited includes but are not limited to:

//
//
//
//
//

a. A Glock 19 pistol bearing serial number BXPZ813 loaded, and;

b. Approximately ten 9-millimeter caliber rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: July 19, 2024.

A TRUE BILL:

TARA K. McGRATH
United States Attorney

By: *[signature]*
MICHAEL G. WHEAT
ASHLEY A. KAINO-ALLEN
Assistant U.S. Attorneys

3