**FILED**

Jul 19 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ SusanNyamanjiva          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>TORRENCE IVY HATCH,<br>  aka "Boosie,"<br>  aka "Lil Boosie,"<br>  aka "Boosie Badazz,"<br><br>              Defendant. | Case No.    '24 CR1508 CAB<br><br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Torrance Ivy Hatch, Case No. 23CR1201-CAB, pursuant to Local Rule 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

___X___ (2) Prosecution against different defendants arises from:

        _____ (a) A common wiretap

        _____ (b) A common search warrant

        ___X___ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: July 19, 2024.

_____
TARA K. McGRATH
United States Attorney