## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-CR-1508-CAB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| TORRENCE IVY HATCH | Booking No. 09232506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of    JULY 23, 2024
the Court entered the following order:

☐ Defendant be release from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☐ Defendant appeared in Court.  FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☒ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☒ Other.  Court recalls warrant for arrest and defendant now summoned to appear for arraignment on August 2, 2024, at 10:30 AM, before Judge Cathy Ann Bencivengo.

Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Lori Hernandez ext. 6901

Crim-9 (Rev. 09/23)
Original

# Lori Hernandez

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of CAS Releases |
| **To:** | Lori Hernandez |
| **Sent:** | Tuesday, July 23, 2024 9:43 AM |
| **Subject:** | Read: Hatch 24cr1508-CAB - Abstract Recalling Warrant |

Your message

To: CAS Releases
Subject: [EXTERNAL] Hatch 24cr1508-CAB - Abstract Recalling Warrant
Sent: Tuesday, July 23, 2024 9:37:09 AM (UTC-08:00) Pacific Time (US & Canada)

was read on Tuesday, July 23, 2024 9:42:27 AM (UTC-08:00) Pacific Time (US & Canada).