# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TORANCE HATCH,<br><br>    Defendant. | Criminal Case No. 24-cr-1508-CAB<br><br>ORDER ON MOTION FOR<br>TELEPHONIC APPEARANCE |

    IT IS HEREBY ORDERED the motion for telephonic appearance is granted. Mr. Hatch may appear telephonically at the February 21, 2025, status hearing. Call information will be provided by the court to counsel to forward to Mr. Hatch.

    **IT IS SO ORDERED**.

Date: 2/18/2025

_____
HONORABLE CATHY A. BENCIVENGO
UNITED STATES DISTRICT JUDGE