MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:    mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>TORENCE HATCH,<br><br>       Defendant. | No. 24-CR-1508-CAB<br><br>NOTICE OF REQUEST FOR DISMISSAL |

   Defendant Hatch, by and through his counsel of record, herby gives notice that this morning, May 9, 2025, the Ninth Circuit issued an en banc opinion affirming its May 2024 published opinion in *United States v. Duarte*. Accordingly, Mr. Hatch respectfully requests that the Court dismiss all counts against him. Should the court be disinclined to dismiss the newly filed 922(g)(3) count, Mr. Hatch will file a new motion to dismiss that count for vindictive prosecution, as the facts of the case as they exist now warrant dismissal on that separate ground.

Dated: May 9, 2025

                                    Respectfully Submitted,

                                    *//s// Meghan Blanco*
                                  MEGHAN BLANCO
                                  COUNSEL FOR DEFENDANT HATCH