1  MEGHAN BLANCO (238171)
   LAW OFFICES OF MEGHAN BLANCO
2       28202 Cabot Road, Suite 300
        Laguna Niguel, California 92677
3       Telephone: (949) 296-9869
        Facsimile: (949) 606-8988
4       E-mail:    mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-cr-1508-CAB |
|---|---|
| Plaintiff, | <u>MOTION FOR ORDERS AUTHORIZING TRAVEL</u> |
| v. | |
| TORENCE HATCH, | |
| Defendant. | |

   Defendant Torence Hatch, by and through his counsel of record, Meghan Blanco, respectfully moves this Court for orders permitting him to travel to the Bahamas from June 5-8 for work, and for Pretrial Services to release his passport during those dates. Mr. Hatch is contractually obligated to perform at a concert in the

//
//
//
//

1

Bahamas those dates. His assigned pretrial services officer does not oppose the request but cannot release his passport without a court order. Mr. Hatch has posted his own bond.

                                    Respectfully Submitted,

Dated: May 30, 2025
                                  *//s// Meghan Blanco*
                                  MEGHAN BLANCO

DECLARATION OF MEGHAN BLANCO

I, MEGHAN BLANCO, declare:

1. I am counsel of record for Mr. Hatch.
2. Mr. Hatch is scheduled to perform at a concert in the Bahamas from June 5-8, 2025.  His pretrial services officer does not oppose the travel request but does not believe she can release his passport without Court order.  He will provide his full itinerary and return his passport within 24 hours of his scheduled return to the United States.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed on this 30 day of May, 2025.

By:_____/s/ Meghan Blanco_____

3