MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:    mblanco@meghanblanco.com

Attorney for TORENCE HATCH

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>                v.<br><br>TORENCE HATCH,<br><br>    Defendant. | No. 24-cr-1508-CAB<br><br>DEFENDANT'S ACKNOWLDGEMENT OF HEARING DATE |

    Defendant Torence Hatch, by and through his counsel of record, files the attached acknowledgement of the next hearing date.


                        Respectfully Submitted,



                        //s// Meghan Blanco
                        MEGHAN BLANCO
                        COUNSEL FOR DEFENDANT

1