1 │ MEGHAN BLANCO (238171)
    │ LAW OFFICES OF MEGHAN BLANCO
2 │     28202 Cabot Road, Suite 300
    │     Laguna Niguel, California 92677
3 │     Telephone: (949) 296-9869
    │     Facsimile: (949) 606-8988
4 │     E-mail:    mblanco@meghanblanco.com

5

6

7 │                   UNITED STATES DISTRICT COURT

8 │             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10 │ UNITED STATES OF AMERICA,          No. 24-CR-1508-CAB

11 │          Plaintiff,               JOINT MOTION TO CONTINUE STATUS
    │                                   CONFERENCE
12 │              v.

13 │ TORENCE HATCH,

14 │          Defendant.

15

16

17

18

19 │     Defendant Torence Hatch, by and through his counsel of record,

20 │ Meghan Blanco, and the United States, by and through its counsel of

21 │ record, the United States Attorney for the Southern District of

22 │ California, hereby move to continue the motion hearing/trial setting

23 │ scheduled for July 11, 2025, to August 5, 2025, at 10:30 a.m.

24 │   1. The Speedy Trial Act pursuant to Section 3161(h) excludes

25 │       certain periods of time resulting from a continuance if the

26 │       court finds "the ends of justice served by taking such action

27 │                                  1

28

1    outweigh the best interest of the public and the defendant in a

2    speedy trial."  18 U.S.C. § 3161(h)(7)(A).  The Court must

3    "set[] forth … either orally or in writing, its reasons" for

4    the finding.  *Id.*  The Court "shall consider" the following

5    factors, "among others":

6  (i) Whether the failure to grant such a continuance in the

7  proceeding would be likely to make a continuation of such proceeding

8  impossible, or result in a miscarriage of justice.

9  (ii) Whether the case is so unusual or so complex, due to the number

10  of defendants, the nature of the prosecution, or the existence of

11  novel questions of fact or law, that it is unreasonable to expect

12  adequate preparation for pretrial proceedings or for the trial

13  itself within the time limits established by this section.

14  …

15  (iv) Whether the failure to grant such a continuance in a case

16  which, taken as a whole, is not so unusual or so complex as to fall

17  within clause (ii), would deny the defendant reasonable time to

18  obtain counsel, would unreasonably deny the defendant or the

19  Government continuity of counsel, or would deny counsel for the

20  defendant or the attorney for the Government the reasonable time

21  necessary for effective preparation, taking into account the

22  existence of due diligence.

23  18 U.S.C. § 3161(h)(7)(B).  "No continuance under [this provision]

24  shall be granted because of general congestion of the Court's

25  calendar, or lack of diligent preparation or failure to obtain

26

27
28

1  available witnesses on the part of the attorney for the Government."

2  18 U.S.C. § 3161(h)(7)(C).

3     2. The ends of justice served by granting the requested

4        continuance outweigh the best interest of the public and the

5        defendant in a speedy trial, for the following reasons:

6           a. There are currently substantive motions pending;

7           b. The parties are also pursing a potential resolution; and

8           c. The parties have exercised due diligence.

9           d. For these reasons and the reasons above, failure to grant

10             the requested continuance would result in a miscarriage of

11             justice.

12    3. Mr. Hatch is currently not in custody.

13    4. The parties move to continue the motion hearing to August 5,

14       2025, at 10:30 a.m., and to exclude time under the Speedy Trial

15       Act.  The period of delay excluded should span until the next

16       date.

17

18

19                                    Respectfully Submitted,

20
   Dated: July 10, 2025
21
                                        *//s/ Alicia P. Williams*
22                                     ALICIA WILLIAMS
                                       ASSISTANT UNITED STATES ATTORNEY
23

24                                      *//s// Meghan Blanco*
                                       MEGHAN BLANCO
25                                     COUNSEL FOR DEFENDANT HATCH

26

27
                                         3
28