I, TORRENCE HATCH, have been advised that I have court on August 5, 2025, and that my personal presence is required.

_Torence Hatch_