# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　V.<br><br>TORENCE IVY HATCH (1),<br><br>　　　　　　　　Defendant. | Criminal Case No. 24-CR-1508-CAB<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE (1) of the Indictment .

Dated:  9/18/2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

24-CR-1508-CAB