MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:    (949) 296-9869
    Facsimile:    (949) 606-8988
    E-mail:       mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORENCE HATCH,<br><br>Defendant. | No. 24-CR-1508-CAB<br><br><u>NOTICE OF FILING OF TRANSCRIPTS OF MR. HATCH'S 2011 CHANGE OF PLEA HEARING</u> |

    Defendant Torrence Hatch, by and through his counsel of record, Meghan Blanco, submits the attached transcripts of Mr. Hatch's 2011 change-of-plea hearing related to the convictions described in paragraphs 36–38 of the PSR. During that proceeding, the prosecution expressly characterized Mr. Hatch as a recipient—not a distributor—of narcotics, describing conduct involving the acquisition of substances

//
//
//
//

1

for personal use while in custody. Mr. Hatch subsequently completed substance-abuse treatment while incarcerated to address his addiction and was granted early release.

Respectfully Submitted,

Dated: January 6, 2026

                ___*//s// Meghan Blanco*_____
                MEGHAN BLANCO