```
MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:    (949) 296-9869
    Facsimile:    (949) 606-8988
    E-mail:       mblanco@meghanblanco.com
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-CR-1508-CAB |
|---|---|
| Plaintiff, | <u>NOTICE OF FILING OF SENTENCING LETTERS AND EVIDENCE OF CHARITABLE WORK</u> |
| v. | |
| TORENCE HATCH, | |
| Defendant. | |

Defendant Torrence Hatch, by and through his counsel of record, Meghan Blanco, respectfully submits the attached sentencing letters and evidence of charitable work. These materials represent a small sampling of the numerous letters Mr. Hatch has received from community members in support of sentencing.

Respectfully Submitted,

Dated: January 6, 2026

    <u>  //s// *Meghan Blanco*        </u>
    MEGHAN BLANCO

1

January 6, 2026

The Honorable Cathy Ann Bencivengo
United States District Judge

Dear Judge Bencivengo,

I write this letter with the utmost respect for the Court and in sincere support of Mr. Torrence Hatch, professionally known as Boosie Badazz.

I wish to share a deeply personal experience that speaks directly to Mr. Hatch's character and humanity. During one of the most devastating periods of my life, my son, Michael Dixon Jr., affectionately known as MJ, was battling leukemia cancer. Our family was overwhelmed emotionally, physically, and financially, facing fear and uncertainty that no parent is ever prepared to endure.

Mr. Hatch did not know my family. We had no prior relationship, no expectations, and no reason to believe that help would come from a stranger. Yet during our darkest hour,
Mr. Hatch stepped forward and became what I can only describe as a guardian angel to my family.

Mr. Hatch provided for my son and my family when we were down to nothing and holding on to hope. His support extended far beyond financial assistance. He took a genuine and personal interest in my son's cancer journey and used his platform to raise awareness within the community. Most remarkably, Mr. Hatch organized and held a bone marrow drive for my son in hopes of finding a life-saving donor—an extraordinary act of compassion and selflessness.

These actions were not performed for recognition, publicity, or obligation. They were acts of kindness driven by empathy and humanity. Mr. Hatch's involvement gave my family strength during moments when we felt completely helpless, and his efforts brought awareness and hope to a cause that affects countless families.

Through this experience, I witnessed firsthand the true character of Mr. Hatch—a man capable of generosity, leadership, and genuine concern for others, even strangers. His actions left a lasting imprint on my family and on the broader community he mobilized in support of my son.

I respectfully ask the Court to consider this example of Mr. Hatch's compassion, growth, and positive impact when viewing his character in its entirety. I firmly believe that individuals who

demonstrate such humanity possess the capacity to continue making meaningful and positive contributions to society.

Thank you for your time, consideration, and dedication to justice. I submit this letter with the highest respect for the Court.

Respectfully,

Chaundra Dixon
Killeen, Texas
Mother of Michael Dixon Jr.
MJ Strong and Family

Chaundra D Dixon



# Office of the City Constable

Post Office Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3004
Fax (225) 389-3029

**Terrica L. Williams**
**City Constable**

Torence Hatch/Show The World Foundation

▉▉▉▉▉▉▉▉▉▉▉

Dear Mr. Hatch;

I wanted to take a moment to tell you thank you. Thanks for all of the good work you do in the city of Baton Rouge. It has been an absolute joy to work side-by-side with you and your foundation, as well as our community partners. Your generosity and help allow us to serve the greater Baton Rouge area. This year's turnout was unimaginable and the fact that we were able to bless over 2000 children with Christmas toys over 500 bikes. This event just as the others has made it possible to be give back to Deserving families in a meaningful way. In addition to hams, turkeys, and trimmings that left those that participated speechless.

As a native son of Baton Rouge Louisiana, you continue to make us proud.

I had to take a moment to tell you thank you and to let you know that the calls cards and gestures of gratitude that I receive at the grocery store, gas station, and every day routine continuously leaves me full.

As we get up for our fifth year, may this next year be even greater than the last. Thank you again for your generosity, your financial support and most importantly, your personal commitment both you and your staff have been a complete joy to work with.

Merry Christmas and Happy New Year.

Respectfully,

*[signature]*
Constable Terrica Williams

▉▉▉▉▉▉

*"Service Above and Beyond"*



My name is Naporshae Allen. I am a resident of Baton Rouge, Louisiana. In 2022 I lost my 8-year-old daughter to cancer. I was employed but due to her diagnoses and medical treatments I had to stop working. During her battle Mr. Hatch would call to check on my daughter. Unfortunately, when she passed I didn't have burial insurance. Mr. Hatch called me and offered to pay her final expenses. Mr. Torence Hatch did not hesitate to cover all the expenses for my baby girl. Mr. Torence Hatch was an Angel and a blessing sent to me. Without him paying this expense it would have been difficult for me to do so. I give a heartfelt thank you to Mr. Torence Hatch. I am forever grateful.

*Naporshae Allen*
Naporshae Allen

Taylor I. WIlliams
# Clark Atlanta University
*Class of 2022*

September 2, 2021

Mr. Torence Hatch
CEO
Bad Azz Ent/Show The World Foundation

Dear Mr. Torence Hatch,

My name is Taylor Williams, and I am honored to be one of this year's recipients of the Show The World Foundation scholarship. I want to take this time to thank Mr. Hatch for his generosity and funding. Thanks to your donation, I can continue my education at the Clark Atlanta University.

I am a graduating senior with a business administration degree with a concentration in marketing. My dedication to my program has allowed me to achieve a 3.6 overall GPA during my matriculation. In addition to my academic achievements, I serve as the marketing chair for Her Campus CAU and LyteHouse mentoring program at Morehouse College. After graduating this upcoming spring of 2022, I will be attending Louisiana State University to receive my master's in business administration. Upon completing my master's, I aspire to pursue my juris doctorate at Emory University.

My educational pursuits would not have been possible without Show The World Foundation and Mr. Torence Hatch. Thank you for supporting me in reaching my fullest personal and academic potential.

Sincerely,



Taylor I. Williams
***CAU Class of 2022***











Home    News

# Boosie BadAzz Donates Thousands Of Clothes & Hygiene Kits To Louisiana Flood Victims

BY **HNHH**
Updated on September 26, 2022     5.6K Views

    








**Boosie BadAzz is doing great things for his community.**

The flooding that has devastated New Orleans over the past few weeks has reached historic proportions, with the Red Cross **calling** the environmental disaster "the worst to his the US since Superstorm Sandy." Plenty of people have pitched in to help, but for **Boosie Badazz** it's personal. The Baton Rouge native posted a photo to Instagram of just a small portion of his donation, which he says totaled 20,000 socks and underwear for men, women and children, as well as bottled water and hygiene kits.







