

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              Case No.  24-CR-1508-CAB

11                      Plaintiff,         ORDER OF CRIMINAL
                                           FORFEITURE
12       v.

13  TORRENCE IVY HATCH,
         aka "Boosie",
14       aka "Lil Boosie",
         aka "Boosie Badazz",
15
16                      Defendant.

17
        WHEREAS in the Indictment the United States sought forfeiture of all right, title,
18
and interest in all firearms and ammunition of Defendant TORRENCE IVY HATCH, aka
19
"Boosie", aka "Lil Boosie", aka "Boosie Badazz" ("Defendant"), pursuant to Title 18,
20
United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) as
21
the firearms and ammunition involved in the offenses set forth in Counts 1 and 2 of the
22
Indictment in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and
23
924(a)(2); and
24
        WHEREAS, on or about August 26, 2025, Defendant pled guilty before Magistrate
25
Judge David D. Leshner to the offense set forth in Count 1 of the Indictment, charging the
26
Defendant with Felon in Possession of a Firearm and Ammunition in violation of Title 18,
27
United States Code, Section 922(g)(1), consented to the forfeiture allegations of the
28
Indictment, and agreed pursuant to  Title 18, United States Code, Section 924(d)(1) and

Title 28, United States Code, Section 2461(c), to forfeit all firearms and ammunition seized in connection with this case including but not limited to the following:

      a.     A Glock 19 pistol bearing serial number BXPZ813 loaded;

      b.     Approximately ten 9-millimeter caliber rounds of ammunition; and

      WHEREAS, on September 18, 2025, this Court accepted the guilty plea of Defendant; and

      WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited firearm and ammunition and the offense; and

      WHEREAS, the above referenced firearm and ammunition are currently in the custody of the San Diego Police Department ("SDPD"); and

      WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received; and

      According, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

      1.     Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant TORRENCE IVY HATCH, aka "Boosie", aka "Lil Boosie", aka "Boosie Badazz" in the following firearm and ammunition, which are currently in custody of the San Diego Police Department, and are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The Court further orders that SDPD shall dispose of the firearm and ammunition according to law, when no longer needed for evidence:

      a.     A Glock 19 pistol bearing serial number BXPZ813 loaded; and

      b.     Approximately ten 9-millimeter caliber rounds of ammunition.

      2.     No ancillary proceedings or further forfeiture action is required as to Defendant, TORRENCE IVY HATCH, for this criminal case.

//

//

1    3.    Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to

2    the Defendant at the time of sentencing and is part of the sentence and included in the

3    judgment.

4

5    IT IS SO ORDERED.

6

7    DATED: 1/9/2026

8

9                                    Honorable Cathy Ann Bencivengo
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28