MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone:     (949) 296-9869
    Facsimile:     (949) 606-8988
    E-mail:        mblanco@meghanblanco.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-1508-CAB |
| Plaintiff, | NOTICE OF FILING OF DOCUMENTS RELATING TO ECF 81 |
| v. | |
| TORENCE HATCH, | |
| Defendant. | |

Defendant Torrence Hatch, by and through his counsel of record, Meghan Blanco, respectfully submits the attached documents in advance of his scheduled appearance on the petition for revocation reflected at ECF No. 81.

The petition contains several factual inaccuracies, including allegations that Mr. Hatch traveled to Texas without prior approval, made "no measurable progress" toward completing his community service obligation, and—although not included in the petition itself—that he recently tested positive for marijuana. The attached materials demonstrate that Mr. Hatch did, in fact, obtain prior approval for his travel to Texas; that he has completed more than 68 hours of community service in fewer than five months and remains on track to complete the Court's 300-hour requirement well

1

before the expiration of his term of supervised release; and that, after denying any marijuana use, he voluntarily underwent two independent urine tests and one hair follicle test at three separate laboratories within hours of the probation office's presumptive positive result. All three independent tests were negative for marijuana and all other controlled substances.

Accordingly, Mr. Hatch respectfully submits the attached records so that the Court has an accurate factual record when considering the petition.

Respectfully Submitted,

Dated:  June 2, 2026

_____//s// Meghan Blanco_____
MEGHAN BLANCO

EXHIBIT A: EMAIL NOTIFICATION REGARDING GRADUATIONS AND PERFORMANCES IN TEXAS

Outlook

## Fwd: Torence

**From** t badazz ████████████████ >

**Date** Mon 6/29/2026 4:50 PM

**To** Meghan Blanco <mblanco@meghanblanco.com>

**Cc** ████████████████████ >

Sent from my iPhone

Begin forwarded message:

> **From:** Alexander Moody < ███████████████████████ >
> **Date:** ██████████████ 45:39 PM EDT
> **To:** ██████████████
> **Subject: FW: Torence**

Alex Moody
Sr. U.S. Probation Officer
Northern District of Georgia
████████████

**From:** Jeremy Cooper ████████████████████
**Sent:** Tuesday, May 19, 2026 3:05 PM
**To:** Alexander Moody ████████████████████
**Subject: Torence**

CAUTION - EXTERNAL:

Both Torence Hatch Kids finish high school awards day Wednesday for both kids the events both on Thursday…..
Also Friday concert
Saturday 2 concerts
Sunday 3 events

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image0.jpeg>

<image1.png>

<image2.jpeg>

<image3.png>

<image4.png>

<image5.jpeg>

<image6.png>

<image7.jpeg>

<image8.jpeg>

<image9.png>

Sent from my iPhone

EXHIBIT B: PROOF OF COMPLETION OF COMMUNITY SERVICE

# COMMUNITY SERVICE VERIFICATION FORM

## PARTICIPANT INFORMATION

Participant Name: _____

Date of Birth: _____

Phone Number: _____

Email: _____

Court Case Number (if applicable): _____

Probation Officer (if applicable): _____

Required Hours: _____

## ORGANIZATION INFORMATION

Organization Name: _____

Program/Event: _____

Organization Address: _____

_____

Organization Phone: _____

Supervisor Name: _____

Supervisor Email: _____

## COMMUNITY SERVICE LOG

| Date | Description of Service Performed | Time In | Time Out | Hours Completed | SUP Initials |
|------|-------------------------------|---------|----------|-----------------|--------------|
| 2/12/2026 | Youth Conference Setup & Speak | 9:00 | 5:00pm | 8HRS | CW |
| 3/18/2026 | Panel & Breakdown of Event | 12:00pm | 6:00pm | 6HRS | TW |
| 4/4/2026 | REALLIFE HOPE HOUSE | 8:00am | 2:00pm | 6Hrs | CW |
| 5/11/2026 | REALLIFE HOPE HOUSE | 8:00pm | 2:00pm | 6Hrs | CW |
| 6/3/2026 | INNOVATION Speaking IN Prison | 11:00 | 3:00pm | 4HRS | AS |
| 6/18/2026 | 29:11 Mentorship Program | 2:00 | 6:00pm | 4HRS | |
| | | | | | |
| | | | | | |

## TOTAL HOURS COMPLETED

Total Hours Completed: _____

Hours Remaining: _____

**TORENCE HATCH**



## Jefferson Davis County Sheriff's Department
### P.O. Box 339
### Prentiss, Mississippi 39474

:ON STRICKLAND
*Sheriff*

Telephone (601)█████
(601)█████
Fax (601) 792-5980

ROBIN LEDET
*Office Manager*

June 26, 2026

RE: Torence Hatch

To whom it may concern,

I am Ron Strickland, the Sheriff of Jefferson Davis County in Prentiss, MS. On May 16-18, 2026, Mr. Torence Hatch came to the Sheriff Department and performed 30 hours of community service. He spoke with all the inmates and even bonded two of them out on non-violent charges. Hatch received an award on behalf of the Prentiss, Ms., from Mayor Tony Waits 2021-2026, for his performances.

Hatch gave the inmates inspirational talks and encouraged them that they can still live a productive life after their time is served. The inmates are still shocked that a millionaire would take time out of his busy schedule to come speak with every one of them and let them know that he has been in their shoes and all hope is not gone.

Sincerely,

Ron Strickland

Ron Strickland, Sheriff



Brian P. Kemp
Governor

Tyrone Oliver
Commissioner

## GEORGIA DEPARTMENT OF CORRECTIONS
### METRO REENTRY FACILITY

6/3/2026

**To Whom It May Concern:**

I am writing to confirm that Mr. Torence Hatch has completed 4 hours of community service at Metro Reentry Facility. It gives me pleasure to inform you that Mr. Hatch served consistently and eagerly, providing substantial support for our organizational goals. He has spoken with the offender population in a group setting (356 Returning Citizens) and he had 1 on 1 talk back sessions with over 25 Returning Citizens here at the facility. These sessions allowed our Retuning Citizens to talk, ask questions, and receive advice and encouragement in real time.

Specifically, Mr. Hatch helped the Returning Citizens here see that they can achieve success after incarceration and that you will always be working to stay focused on the positive things and surrounding yourself with positive people. Mr. Hatch assisted with handing out warden packages to the Returning Citizens that have been attending all their classes/programs and completing their assignments on time. He also assisted the MRF Band with some professional music critiques and guidance.

Mr. Hatch has committed himself to serving Metro Reentry Facility/Metro Complex (6 different facilities) in any capacity that he can.

Mr. Hatch showed a responsible attitude throughout his hours of service, adhering to all guidelines set forth by the facility. He completed his hours in a timely and professional manner, contributing positively to this facility and our offender population.

If you have any further questions or need additional details, please contact me at ███████████████████████ or ████████████

Sincerely,

*Andrea L. Roberts*

Andrea L. Roberts
**Executive Assistant to the Warden**
**Metro Reentry Facility/Metro Complex**

METRO REENTRY FACILITY

300 Patrol Road, Forsyth, Ga 31029 • Phone 478-992-5870• Fax 478-992-5210 • www.gdc.ga.gov

EXHIBIT C: MULTIPLE NEGATIVE DRUGS TESTS TAKEN WITHIN HOURS OF ALLEGED POSITIVE DRUG TEST IN JUNE

# escreen. Specimen Result Certificate

| Printed by: | 56296 - TLTC Screening and Solutions | Report printed on | 6/26/2026 02:53 PM | Page 1 of 1 |
|---|---|---|---|---|
| ID Number: | █████████ | | | |

| | | |
|---|---|---|
| Attention: | Verification Date | 6/26/2026 02:47 PM CST |
| Tabatha Harris | | |
| TLTC Screening and Solutions | | |
| 5737 old national hwy Suite 400D | | |
| Atlanta, GA 30349 | | |
| | | |
| Collection Site: | | |
| 56296-TLTC Screening and Solutions | | |
| 5737 old national hwy | | |
| Suite 400D | | |
| Atlanta, GA, 30349 | | |

| | | | |
|---|---|---|---|
| Donor Name: | Hatch, Torence | Donor SSN: | ████████ |
| Date Of Test: | 6/26/2026 | Donor ID: | |
| ID Number: | ████████ | Reason for Test: | Other |
| | | Regulation: | Non-DOT |
| Service: | mCup 10A on site drug test | Specimen Type: | Urine |

## Drugs Tested:

| Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * | Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * |
|---|---|---|---|---|---|---|---|
| Marijuana | Negative | 50 ng/mL | 15 ng/mL | PCP | Negative | 25 ng/mL | 25 ng/mL |
| Cocaine | Negative | 300 ng/mL | 150 ng/mL | Barbiturates | Negative | 300 ng/mL | 300 ng/mL |
| Amphetamines (AMP)† | Negative | 1000 ng/mL | 500 ng/mL | Benzodiazepines | Negative | 300 ng/mL | 300 ng/mL |
| Amphetamines (MET)† | Negative | 1000 ng/mL | 500 ng/mL | Methadone | Negative | 300 ng/mL | 300 ng/mL |
| Opiates | Negative | 2000 ng/mL | 2000 ng/mL | MDMA/MDA | Negative | 500 ng/mL | 250 ng/mL |

## Final Result Disposition: Negative

TO BE COMPLETED BY THE MEDICAL REVIEW OFFICER

My verification is:

[✓] Negative          [ ] Positive          [ ] Test Cancelled          [ ] Refusal to test because

[ ] Dilute                              [ ] Adulterated          [ ] Substituted

REMARKS:

_____     _____     _____

* Represents laboratory screening and confirmation values.          † Amphetamines screening test detects both Amphetamine and Methamphetamine subclasses

 **labcorp**

Laboratory Corporation of America
1904 Alexander Dr.
Research Triangle Park, NC 27709
Accession # 0213666515

## TEST ORDER INFORMATION

Client: ANY TEST-JONESBORO
6681 JONESBORO RD STE 104
MORROW, GA 30260
Account #: ████████

Donor Name: TORENCE HATCH
Employee ID: ████████
Reason for test: PROBATION

## SPECIMEN COLLECTION INFORMATION

Collection Site: ANY LAB TEST NOW
Phone #: (770)471-2772

Collector Name: JUANITA LEWIS
Specimen #: ████████
Collected: 06/27/2026 09:32
Temp. In Range: YES

## SPECIMEN TEST INFORMATION

DOT Account: NO

Received: 06/27/2026 09:33 EDT
Reported: 06/27/2026 09:33 EDT

| Test | Screening Cutoff | Confirm Cutoff | Confirm Quant | Unit | Result |
|---|---|---|---|---|---|
| Amphetamines | 500 | 250 | | ng/mL | Negative |
| Barbiturates | 300 | 200 | | ng/mL | Negative |
| Benzodiazepines | 300 | 300 | | ng/mL | Negative |
| Cocaine | 150 | 100 | | ng/mL | Negative |
| MDMA | 500 | 250 | | ng/mL | Negative |
| Marijuana Metab. | 50 | 15 | | ng/mL | Negative |
| Methadone | 300 | 200 | | ng/mL | Negative |
| Opiates | 300 | 100 | | ng/mL | Negative |
| Oxycodone | 100 | 100 | | ng/mL | Negative |
| PCP | 25 | 25 | | ng/mL | Negative |

| Test | Reference Interval | Unit | Result |
|---|---|---|---|
| Creatinine | >= 20 | mg/dL | In Range |
| Nitrite | < 200 | ug/mL | Negative |
| pH | 4.5 - 8.9 | | In Range |

This is a Point-of-Collection Test:  ABMC POCT

END OF REPORT

CHAIN OF CUSTODY FORM

0521640291

SPECIMEN ID NO.    **0521640291**    LAB ACCESSION NO.

**STEP 1: TO BE COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address and I.D. No. PERSONAL

EMPL NAME
C/O GCLAB DETECT & PROTECT
635 N GLYNN STREET #1
FAYETTEVILLE          GA  30214
770-692-1241
FAX   770-719-1443

Location

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No. X X X — X X — ████

D. Reason for Test: ☐ Pre-Employment  ☒ Random  ☐ Reasonable Suspicion/Cause  ☐ Post Accident  ☐ Periodic  ☒ Other _Court_

E. Collection Site Address:    065587

GCLAB LLC DBA DETECT & PROTECT
435 NORTH GLYNN STREET
FAYETTEVILLE

Collector Phone No.    692-1241

Collector Fax No.      19

F. Donor Identification Verified By:    ☒ Photo I.D.    ☐ Employer Representative

**STEP 2: TO BE COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100°F?  ☒ Yes  ☐ No, Enter Remark Below    Split Specimen Collection ☒ Yes  ☐ No

REMARKS: Observed Specimen Collection

**STEP 3: TO BE COMPLETED BY COLLECTOR AND DONOR** - Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s).

**STEP 4: TO BE COMPLETED BY COLLECTOR AND DONOR**

G. Daytime Phone No. ( 504 ) ████    Evening Phone No. ( 504 ) ████    Date of Birth ████

H. TEST(S) REQUESTED BY EMPLOYER:

I authorize the collection of this specimen for the purpose of a drug screen. I acknowledge that the specimen container(s) was/were sealed with tamper-proof seal(s) in my presence; and that the information provided on this form and on the label(s) affixed to the specimen container(s) is correct. I authorize the laboratory to release the results of the test to the company identified on this form or its designated agents.

TERENCE HATCH    [signature]    06 27 26

(PRINT) DONOR'S NAME (FIRST, MI, LAST)    SIGNATURE OF DONOR    MONTH  DAY  YEAR

**STEP 5: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified on this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X [signature]    10:08  ☐ AM ☐ PM    SPECIMEN BOTTLE(S) RELEASED TO:
Signature of Collector              labcorp
GERMANUS C JENI    Time of Collection
(PRINT) Collector's Name (First, MI, Last)    062726    Name of Delivery Service Transferring Specimen to Lab
                         Date (Mo/Day/Yr.)

**RECEIVED AT LAB:**

X _____    Primary Specimen Bottle Seal Intact    SPECIMEN BOTTLE(S) RELEASED TO:
Signature of Accessioner    ☐ Yes
(PRINT) Accessioner's Name (First, MI, Last)    / /    ☐ No, Enter Remark Below
                         Date (Mo/Day/Yr.)

Printed  03/24

FORM 590 5P BC (REVISED 05/2025)

 **labcorp**

Laboratory Corporation of America
1904 Alexander Dr.
Research Triangle Park, NC 27709
Accession # 0521640291

## TEST ORDER INFORMATION

Client: GCLAB-DETECT & PROTECT-
NDOT
C/O GCLAB-DETECT &
PROTECT
635 N GLYNN STREET #1
FAYETTEVILLE, GA 30214

Account #: ████

Donor Name: TORENCE HATCH
Employee ID: ████
Phone #: ████
Reason for test: RANDOM

## SPECIMEN COLLECTION INFORMATION

Collection Site: GCLAB LLC DBA DETECT
Phone #: (770)692-1241

Collector Name:
Specimen #: ████
Collected: 06/27/2026 10:08
Temp. In Range: YES

## SPECIMEN TEST INFORMATION

DOT Account: NO

Received: 06/30/2026 22:39 EDT
Reported: 07/01/2026 16:41 EDT

| Test | Screening Cutoff | Confirm Cutoff | Confirm Unit Quant | Result |
|---|---|---|---|---|
| Amphetamines | 1000 | 500 | ng/mL | Negative |
| Barbiturates | 300 | 200 | ng/mL | Negative |
| Benzodiazepines | 300 | 300 | ng/mL | Negative |
| Cocaine | 300 | 150 | ng/mL | Negative |
| Marijuana Metab. | 50 | 15 | ng/mL | Negative |
| Methadone | 300 | 300 | ng/mL | Negative |
| Methaqualone | 300 | 300 | ng/mL | Negative |
| Opiates | 2000 | 2000 | ng/mL | Negative |
| PCP | 25 | 25 | ng/mL | Negative |
| Propoxyphene | 300 | 200 | ng/mL | Negative |

| Test | Reference Interval | Unit | Result |
|---|---|---|---|
| Creatinine | >= 20 | mg/dL | 62.0 |
| Specific Gravity | >= 1.003 | | 1.016 |
| pH | 4.5 - 8.9 | | 6.9 |

END OF REPORT